# OCTOBER TERM, 1867, AT DETROIT.

---

The People ex rel. Foley v. Augustus Kopplekom.

*Quo warranto: Notice of hearing: Report of proceedings.* Notices of hearing may be given in *quo warranto* cases before the filing of the report of the proceedings in the Circuit Court; the case being considered as having always been in the Supreme Court.

*Heard and decided October 8th.*

*Quo warranto.*

This was a motion to strike the cause from the docket, by reason of the notice of hearing being premature.

It appeared that the issue in this case was sent down to the Houghton Circuit Court for trial, but that the return of the proceedings of said trial had not been filed in this court when the notice of hearing was served.

The court held that the notice was good, as the case must be considered as having always been in this court; the trial of the issue being ordered to enable this court to give final judgment upon the verdict, and not being an original proceeding in the circuit.

*G. V. N. Lothrop,* for the motion.

*W. L. Stoughton,* Attorney General, contra.